# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2900 Disciplinary Docket No. 3 |
| | : | |
| EDWARD HARRINGTON HEYBURN | : | No. 102 DB 2022 |
| | : | |
| | : | (Supreme Court of New Jersey, Nos. D-70 |
| | : | and D-137 September Term 2020) |
| | : | |
| | : | Attorney Registration No. 80472 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Edward Harrington Heyburn is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of eighteen months, consecutive to the three-year term of suspension ordered by this Court on June 22, 2021. He shall also comply with all the provisions of Pa.R.D.E. 217.